### 10272.   HATTAWAY *v.* THE STATE.

BROYLES, P. J: The motion for a new trial contained only the usual general grounds; the evidence amply authorized the verdict, and the court did not err in overruling the motion.    *

> *Judgment affirmed. Bloodworth and Stephens, JJ., concur.*
> DECIDED MAY 7, 1919.

Indictment for manufacture of liquor; from Glascock superior court—Judge Walker. November 29, 1918.

*M. L. Felts,* for plaintiff in error.

*R. C. Norman, solicitor-general,* contra.

---

### 10294.   HILL *v.* EVANSVILLE METAL BED CO.

BLOODWORTH, J.  Under the particular facts of this case, the judge did not err in overruling the certiorari.

> *Judgment affirmed. Broyles, P. J., and Stephens, J., concur.*
> DECIDED MAY 7, 1919.

Certiorari; from Fulton superior court—Judge Pendleton. December 4, 1918.

*Albert Kemper, Thomas E. Scott,* for plaintiff in error.

*Anderson & Slate,* contra.